# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Julia Rielinger, Plaintiffs, et al <br> 5 Tsienneto Road, #177 <br> Derry, NH 03038 <br> v. <br><br> Cleveland Chinatown Development LLC; <br> John Doe 1 (a/k/a Mr. Huang, signatory to the lease); <br> 2150 Rockwell Ave, Cleveland, OH 44114 <br> and <br> Attorney Nancy Liang, individually and as agent <br> of Cleveland Chinatown Development LLC, <br> 6105 Parkland Blvd, Ste 230, Mayfield Hts, OH 44124 <br> Defendants. | ) Case No._____ <br> ) <br> ) <br> ) JUDGE: <br> ) <br> ) <br> ) <br> ) <br> ) **COMPLAINT WITH** <br> ) **JURY DEMAND** <br> ) <br> ) <br> ) <br> ) |

## I. JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction under 28 U.S.C. §1331 (federal questions under the Fair Housing Act and 42 U.S.C. §1983) and §1332 (diversity of citizenship, amount in controversy exceeds $75,000). Venue is proper in this District under 28 U.S.C. §1391(b) because Plaintiff resides in Derry, New Hampshire, and the continuing financial and reputational injuries occur here.

## II. PARTIES

Plaintiff Julia Rielinger is an individual residing at 5 Tsienneto Road #177, Derry, NH 03038. Plaintiff Sara Mellott Real Estate Dev LLC and Jupiter Global Resources LLC reserve their rights to join this complaint after they retain attorney to represent them. Defendant Cleveland Chinatown Development LLC ('CCD') is an Ohio limited liability

1

company with its principal office in Cleveland, Ohio. Defendant John Doe 1 (a/k/a Mr. Huang) is believed to be the owner, managing member, and/or signatory of the lease on behalf of CCD, whose full legal name is presently unknown. Defendant Attorney Nancy Liang is an attorney licensed in Ohio who represented CCD in eviction proceedings and, upon information and belief, now serves as its registered or managing agent.

## III. STATEMENT OF FACTS

1. Plaintiff's former affiliated companies, Sara Mellott Real Estate Development LLC and Jupiter Global Resources LLC, leased commercial property from CCD for health detox clinic and real estate development projects along rental, rehab business.

2. Plaintiff and her entities invested approximately $500,000 in rent, construction, and property improvements.

3. Defendants failed to maintain the property, allowing flooding, rat infestation, and unsafe structural conditions.

4. When Plaintiff complained and requested inspection and accounting, Defendants retaliated by filing four false eviction cases.

5. During the court proceedings, Attorney Nancy Liang, acting both as attorney and company agent, knowingly made false statements under oath regarding property conditions and payments, concealing CCD's breaches.

6. The court relied on these misrepresentations to issue a wrongful eviction order.

7. During the forced move-out (approximately September 2025), over $100,000 in Plaintiff's property and equipment was damaged or stolen.

8. As a direct result of Defendants' intentional negligent acts and severe breach of the lease agreements, Sara Mellott Real Estate Development LLC and Jupiter Global

Resources LLC were unable to open for business, suffering an estimated $4 million in lost revenue.

9. Defendants acted with malice, bad faith, and reckless disregard for Plaintiff's rights.

10. Plaintiff's former companies reserve their rights to join this action upon obtaining separate counsel.

## IV. CAUSES OF ACTION

- Count I – Retaliation and Interference (Fair Housing Act, 42 U.S.C. §3617)

Defendants retaliated after Plaintiff asserted her rights regarding habitability and safety, interfering with her use of property and causing financial and emotional harm.

- Count II – Breach of Lease and Implied Warranty of Habitability

CCD breached its express and implied obligations by failing to maintain habitable premises, directly causing Plaintiff's losses.

- Count III – Fraud and Bad Faith Misrepresentation Under Oath

Defendants, particularly Attorney Liang, knowingly made false statements to the court to secure a wrongful eviction and conceal their own violations.

- Count IV – Conversion and Theft of Property

Defendants wrongfully removed and destroyed Plaintiff's property valued at over $100,000.

- Count V – Defamation and Credit Damage

Defendants' false public filings and statements injured Plaintiff and her former companies' business reputation and credit standing. Plaintiff and her former companies do not owe Defendant back rents because of breach of lease agreement, the Defendant by law is supposed to give all rents back to Plaintiff's former companies because Defendant severe breach of the lease with Plaintiff's two former companies. Plaintiff has no lease agreement but was wrongly listed as one of defendants and was wrongfully forced to spend at least $10k on attorney fees, travel expensive from NH to OH, court cost, fees, administrative cost, gas, parking, mileage, etc, wage loss to defend herself for the frivolous lawsuits.

- Count VI – Intentional Infliction of Emotional Distress

Defendants' extreme and outrageous conduct caused Plaintiff severe emotional suffering.

- Count VII – Civil Rights Violations (42 U.S.C. §1983 – Due Process Deprivation)

Defendants misused state-court process under color of law to deprive Plaintiff of property without due process.

## V. DAMAGES AND RELIEF REQUESTED

- $500,000 at least in compensatory damages for rent and improvements.
- $100,000 for property loss.
- $4,000,000 in business losses.
- $500,000 in punitive damages for fraud and retaliation.
- Declaratory relief voiding the eviction and correcting public records.
- Injunctive relief restoring Plaintiff's business credit.

FILED - USDC -NH
2025 NOV 20 PM3:58

- Attorney fees and costs under 42 U.S.C. §1988.
- Any other relief deemed just and proper.

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,

_____

Julia Rielinger

5 Tsienneto Road #177

Derry, NH 03038

Email: juliarielinger@yahoo.com

Date: 11-6-25

5