FILED - USDC -NH
2025 NOV 25 PM 1:16

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JULIA RIELINGER, | ) Civil Action No. <u>1:25-CV-00446-SE-TSM</u> |
|    Plaintiff, | ) |
|    v. | ) Judge: |
| CLEVELAND CHINATOWN DEV LLC, et al., | ) |
|    Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff, Julia Rielinger ("Plaintiff"), hereby gives notice of the voluntary dismissal of this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

No defendant has been served, not anyone filed an answer to the complaint or a motion for summary judgment. Accordingly, this dismissal is effective upon filing, and this case is dismissed without prejudice, with each party bearing its own costs and fees.

Plaintiff intends to promptly refile her claims in a new civil action naming the proper parties and in a streamlined format to promote judicial efficiency.

                        Respectfully submitted,

                        <u>/s/ Julia Rielinger</u>

                        Julia Rielinger, Plaintiff, pro se

                        5 Tsienneto Road, #177

                        Derry, NH 03038

                        Email: juliarielinger@yahoo.com